# United States Bankruptcy Court

Southern District of Alabama

**Case No. 10–00499**
**Chapter 13**

In re:

Lakeya Richardson
aka Lakeya Smiley
76 Hunter Drive
Selma, AL 36701

Social Security No.:
xxx–xx–7762

## *FINAL DECREE*

The estate of the above named debtor has been fully administered. John C. McAleer III is discharged as trustee of the estate of the above−named debtor and the bond is cancelled:

The Chapter 13 case of the above named debtor is closed; and the surety or sureties on said bond be, and they hereby are released further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated: 2/11/14

*[signature]*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE